Township of North Bergen in the County of Hudson, respondent,

*v.*

Luckenbach Terminals, Inc., appellant, and State of New Jersey, defendant.

[Decided September 19th, 1941.]

*Mr. Nicholas S. Schloeder,* for the respondent.

*Mr. Clarence Kelsey,* for the appellant.

Per Curiam.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported in *129 N. J. Eq. 387.*

*For affirmance*—The Chief-Justice, Parker, Case, Bodine, Donges, Heher, Perskie, Porter, Colie, Dear, Wells, Rafferty, Hague, Thompson, JJ. 14.

*For reversal*—None.